1432

## MOTION DOCKET

**96–1953. MetroHealth Med. Ctr. v. Hoffman–LaRoche, Inc.**
Certified Question of State Law, No. 193CV484. This cause is pending before the court on the certification of a state law question by the United States District Court of Ohio, Northern District, Eastern Division. Upon consideration of respondent's motion for leave to file an additional authority,

IT IS ORDERED by the court that the motion be, and hereby is, granted, to the extent that respondent may file a citation to the additional authority and, if the authority is not published, shall attach a copy of the authority, no later than July 3, 1997.

## MISCELLANEOUS DISMISSALS

**97–879. State ex rel. Fitzpatrick v. Walters.**
Scioto App. No. 97CA2500. This cause is pending before the court as an appeal from the Court of Appeals for Scioto County. It appears from the records of this court that appellant has not filed a merit brief, due June 23, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**97–885. Gerhart v. McAninch.**
Ross App. No. 96CA2224. This cause is pending before the court as an appeal from the Court of Appeals for Ross County. It appears from the records of this court that appellant has not filed a merit brief, due June 24, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**97–1049. Ohio Council of Retail Merchants v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–1211–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1165. State ex rel. Conaway v. Highland Cty. Court of Common Pleas.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.